IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| TEMPEST HORSLEY, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JESSICA TRAME, in her official )<br>capacity as Chief of the Firearms )<br>Services Bureau, )<br>)<br>Defendant. ) | No. 13-321 |

## MOTION TO DISMISS

NOW COMES the Defendant, JESSICA TRAME, by and through her attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 12(b)(6) hereby moves to dismiss the complaint with prejudice, stating as follows:

1. Plaintiff was 18 years old at the time she filed her complaint in April, 2013.

2. Plaintiff seeks, via 42 U.S.C. § 1983, a mandatory injunction requiring the Illinois State Police to accept for processing her application for a Firearm Owners Identification ["FOID"] without a signature of a parent or legal guardian, notwithstanding the requirement in section 4(a)(2)(i) of the Firearm Owners Identification ["FOID"] Card Act (430 ILCS 65/0.01 *et seq.*) that applicants under the age of 21 have the consent of a parent or guardian.

3. Plaintiff also seeks an injunction preventing the Illinois State Police from rejecting the application of any person over the age of 18 under section 4(a)(2)(i) based on age.

4. The FOID Card Act prohibits, with certain exceptions, the acquisition or possession of firearms unless the individual possesses a FOID card. 430 ILCS 65/2.

5. A person under the age of 21 may obtain a FOID card if she has the written consent of a parent or legal guardian who is not disqualified from obtaining a FOID card. 430 ILCS 65/4(a)(2)(i).

6. Plaintiff contends that she has a Second Amendment right to keep and bear arms for self defense, and that such right vested at the moment Plaintiff turned 18. (Doc. #1, Compl. ¶ 13.)

7. Plaintiff further contends that section 4(a)(2)(i) of the FOID Card Act is an unconstitutional restriction on Plaintiff's Second Amendment right.

8. Plaintiff's complaint should be dismissed because Plaintiff has alleged no activity protected by the Second Amendment. *See Nat'l Rifle Ass'n of America, Inc. v. McCraw*, --- F.3d ----, 2013 WL 2156571, at *5 (5th Cir. 2013); *Nat'l Rifle Ass'n of America, Inc. v. Bureau of Alcohol, Tobacco, Firearms, & Explosives*, 700 F.3d 185, 204 (5th Cir. 2012).

9. Alternatively, the complaint should be dismissed because the FOID Card Act survives intermediate scrutiny under the Second Amendment. *See Nat'l Rifle Ass'n of America, Inc.*, 700 F.3d at 204 (5th Cir. 2012) (alternative holding that federal law prohibiting the purchase or sale of firearms by persons under 21 was consitutional under intermediate scrutiny); *People v. Alvarado*, 2011 IL App (1st) 082957, ¶ 66, 964 N.E.2d 532, 547–48 (Ill. App. 2011) (upholding Illinois' restrictions on the possession of firearms by persons under 21).

10. A memorandum of law is submitted herewith and incorporated herein.

WHEREFORE, Defendant requests this honorable Court dismiss the complaint with prejudice.

>Respectfully submitted,
>
>JESSICA TRAME, in her official capacity as
>   Chief of the Firearms Services Bureau,
>
>   Defendant,
>
>LISA MADIGAN, Attorney General,
>State of Illinois
>
>   Attorney for Defendant,
>
>By: s/ Joshua D. Ratz
>       Joshua D. Ratz, #6293615
>       Assistant Attorney General
>       500 South Second Street
>       Springfield, Illinois  62706
>       (217) 785-4555  Phone
>       (217) 524-5091  Fax
>       E-Mail: jratz@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| TEMPEST HORSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 13-321 |
| ) | |
| JESSICA TRAME, in her official ) | |
| capacity as Chief of the Firearms ) | |
| Services Bureau, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, the foregoing document, Motion to Dismiss, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Thomas G. Maag
tmaag@maaglaw.com

and I hereby certify that on June 14, 2013, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

None.

Respectfully Submitted,

s/ Joshua D. Ratz
Joshua D. Ratz, #6293615
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555  Phone
(217) 524-5091  Fax
E-Mail: jratz@atg.state.il.us