**ILLINOIS STATE POLICE** — APPLICATION FOR FIREARM OWNER'S IDENTIFICATION CARD

Remit exactly $10.00 in check or money order payable to FOID. THIS FEE IS NONREFUNDABLE.  Official Use Only

Last Name: H e r s l e y

First Name: T e m p e s t     Middle Initial: E    Suffix:

Mailing Address (Illinois Residency Required): [redacted]   Apt. #:

City/Town: [redacted]   State: IL   Zip Code: [redacted]

County: M a d i s o n    Date of Birth (MM/DD/YYYY): 0 1 / [redacted] / 1 9 9 5

List Any Previous Names (Last Name, First Name, Middle Initial):

Social Security Number: [redacted]

GENDER: Female ☒    HEIGHT: [redacted]    EYE COLOR: [redacted]    HAIR COLOR: [redacted]
RACE: White ☒        WEIGHT: [redacted]

1. Place of Birth (U.S. State or Foreign Country): Illinois

1a. Are you a United States citizen/naturalized citizen? Yes ☒ No ☐
If NO, you must provide your alien registration number or provide other proof of documentation. Alien #:

Illinois Driver's License Number OR Illinois State Identification Number: [redacted]

2. Have you ever been convicted of a felony? No ☒
3. In the past 5 years, have you been a patient in a mental institution or any medical facility used primarily for the care or treatment of persons for mental illness? No ☒
4. Are you addicted to narcotics? No ☒
5. Are you intellectually disabled? No ☒
6. Are you subject to an existing order of protection which prohibits you from possessing a firearm? No ☒
7. Within the past 5 years, have you been convicted of battery, assault, aggravated assault, violation of an order of protection, or a substantially similar offense in which a firearm was used or possessed? No ☒
8. Have you ever been convicted of domestic battery or a substantially similar offense (misdemeanor or felony)? No ☒
9. Have you ever been adjudicated a delinquent minor for the commission of an offense that if committed by an adult would be a felony? No ☒
10. Are you an alien who is unlawfully present in the United States? No ☒
11. Have you ever been adjudicated as a mental defective? No ☒

Warning: This application is governed by the Firearm's Owner's Identification (FOID) Card Act and must be completed by the applicant or his/her parent or legal guardian in its entirety, or it will be denied. Entering false information on an application for a FOID Card is punishable as a Class 2 felony in accordance with Section 14(d-5) of the FOID Card Act. This application and the information contained herein may be provided to third parties with whom the Illinois State Police (ISP) has contracted in order to complete the processing of my FOID card application. In such cases, however, the ISP requires the companies acting on our behalf abide by all state and federal laws and our privacy policies and institute safeguards to protect the confidentiality of your information.

Signature Certification: My signature authorizes the Illinois State Police to verify answers given with any government or private entity authorized to hold records relevant to my citizenship, criminal history and mental health treatment or history; to use the digital photo, demographic information and signature from my Illinois Driver's License or State Identification to create my FOID card, and to share my information as described in the Warning contained herein. Under penalties of perjury, I certify I have examined all the information provided for my application or renewal and, to the best of my knowledge, it is true, correct, and complete.

Area Code: 618   Daytime Phone Number: [redacted]
e-mail: [redacted]

SIGNATURE REQUIRED: [signature]
Date: 03/14/13

IF YOU ARE UNDER 21: The minor applicant and their parent or legal guardian must complete this section. The signature of the applicant's parent or legal guardian is required on both the front of the application and on the back affidavit.

Parent or Legal Guardian Information

1. Have you (the minor) ever been convicted of a misdemeanor other than a traffic violation? No ☒
2. Have you (the minor) ever been adjudged delinquent? No ☒
3. Are you (the minor) subject to a petition alleging you are a delinquent minor for the commission of an offense that if committed by an adult would be a felony? No ☒

Relationship (Mark with an X): Mother ☒

Parent or legal guardian must be 21 years of age and eligible to acquire or possess firearms or firearm ammunition. Legal Guardian must submit a copy of legal guardianship court order.

Parent/Guardian Last Name: W o o d y   First Name: C e a r a   MI: M
Date of Birth (MM/DD/YYYY): [redacted]   Male ☐ Female ☒
Illinois Driver's License or State ID #: [redacted]

Signature of Parent/Legal Guardian Required

**PARENT/LEGAL GUARDIAN AFFIDAVIT** | **ONLY FOR "UNDER 21 YEARS OF AGE" APPLICATIONS**

Parent or Legal Guardian Signature Certification: I being first duly sworn upon oath, states as follows: (1) I am not currently prohibited from holding a FOID card insofar as: (a) I have not been convicted of a felony or have been granted relief from such conviction to hold a FOID card; (b) I have not, in the past 5 years, been a patient in a mental institution or any medical facility used primarily for the care or treatment of persons for mental illness; (c) I am not addicted to narcotics; (d) I am not intellectually disabled; (e) I am not subject to an existing order of protection which prohibits me from possessing a firearm, (f) I have not, within the past 5 years, been convicted of battery, assault, aggravated assault, violation of an order of protection, or a substantially similar offense in which a firearm was used or possessed; (g) I have not ever been convicted of a domestic battery or a substantially similar offense (misdemeanor or felony); (h) I have not been adjudicated a delinquent minor for the commission of an offense that if committed by an adult would be a felony; (i) I am not an alien who is unlawfully present in the United States, and (j) I have never been adjudicated as a mental defective. (2) I hereby give my consent for this minor applicant to possess and acquire firearms and firearm ammunition and understand I shall be liable for any damages resulting from the minor applicant's use of firearms or firearm ammunition. **FURTHER AFFIANT SAYETH NOT.**

I hereby authorize the Illinois State Police to verify answers given with any government or private entity authorized to hold records relevant to my citizenship, criminal history and mental health treatment or history.

_____
Parent or Legal Guardian Signature

Subscribed and sworn to before me this _____ day of _____ , _____

_____
Notary Public

Note: Any person who is prohibited from acquiring or possessing firearms or firearm ammunition by any Illinois state statute or by federal law is ineligible for a FOID card.

Please allow 30 days for processing and delivery of your Firearm Owner's Identification Card.

Printed by the Authority of the State of Illinois



| With this application you must include: |
| --- |
| ☑ Photograph              CHECK OR |
| ☑ FOID Fee - $10.00   MONEY ORDER |
| ☑ Signature                        ONLY |

Mail To:
Illinois State Police - FOID
Post Office Box 19233
Springfield, IL 62794-9233

Commission on Accreditation for Law Enforcement Agencies



Internet Address http://www.isp.state.il.us
Customer Service Telephone: 217-782-7960
(For Hearing Impaired only TDD 1-800-255-3323)

ISP Central Printing Section
Printed on Recycled Paper
ISP 6-181  (9/12)  100M
www.illinois.gov





Firearm Services Bureau

Your Firearm Owner's Identification (FOID) application(s) is being returned to you for completion or correction. The Illinois State Police is unable to process your application as submitted for the following reason(s):

- ☐ *Application re-submission needed.* Application is incomplete, illegible or damaged in mail. The condition of the application you submitted is not acceptable for processing. Fully complete the enclosed application and return it promptly in the enclosed envelope.

- ☒ *The Application is incomplete.* The highlighted portions of the application must be completed. [handwritten notes]

- ☐ *Out-of-date application.* Complete the enclosed FOID application.

- ☐ *No photograph/unacceptable photograph.* Submit a recent, clear, head and shoulder photograph, approximately1 by 1¼ in size
  ___ Photo image too dark or poor quality.   ___ We can longer process without photo.

- ☐ *No Illinois driver's license number or state identification number provided.* (If you are employed in the protective, security, or public safety fields in Illinois AND that employment requires you to have a FOID card OR you are in the United States Armed Services on permanent duty assignment in Illinois, you may be eligible for relief from this requirement. Please call the Firearms Services Bureau at 217/782-3849, if you would like information on the relief process.)

- ☐ *Illinois resident requirement.* Only Illinois residents may be issued a FOID card. Your application was submitted with an out of state address. Please call the Firearms Services Bureau at 217/782-5067 if you have questions concerning your eligibility.

- ☐ *Written consent is not from a parent or legal guardian.* The relationship shown is not a parent or legal guardian; therefore it is not acceptable. If the individual listed on the enclosed application is your legal guardian, submit a copy of the legal guardian court order with the enclosed application. A spouse is not a legal guardian without guardianship papers.

- ☐ *No guardianship papers provided.* The relationship shows Legal Guardian. Please submit a copy of the legal guardianship court order papers.

- ☐ *No processing fee provided.* Submit a $10.00 check or money order payable to FOID with your photograph and application. Do not submit cash or copies of the money order.

- ☐ *Incorrect fee or incomplete check.* Please submit correct fee/check with the enclosed application.
  ___ incorrect fee   ___ cash not accepted   ___ check not signed   ___ payee not completed

- ☐ *No Alien Number provided.* The question "Are you a United States citizen or a naturalized citizen?" was answered "No". Please provide your INS/Alien Number and your country of birth.

Please make the necessary corrections and return the FOID application, $10.00 payment and photo to:

Illinois State Police - FOID
Post Office Box 19233
Springfield, Illinois 62794-9233

Additional FOID applications can be found at http://www.isp.state.il.us/foid/firearms.cfm. Please contact us at 217/782-7980 if you have any further questions.

