IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEMPEST HORSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-cv-00321-WDS-SCW |
| ) | |
| JESSICA TRAME, in her official capacity as ) | |
| Chief of the Firearms Services Bureau, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF TEMPEST HORSLEY

Comes now Plaintiff Tempest Horsley, being first sworn, and states as follows on the basis of personal knowledge.

1. My name is Tempest Horsley. I am 18 years of age, and was born in January, 1995.

2. I graduated from High School in May of 2013.

3. I am presently enrolled in South Western Illinois College.

4. I have never been arrested or convicted of any crime.

5. I am an American Citizen and a resident of Illinois.

6. I have never been a patient at a mental institution or adjudicated as a mental defective.

7. Other than the Firearms Owners Identification Act, there are no laws that I am aware of that prohibit me from possessing or acquiring a firearm.

8. I desire to purchase a double barrel shotgun for my own personal self defense inside of my home. If I cannot purchase a double barrel shotgun for personal self defense inside of my home, I would desire to possess some other kind of modern firearm for my own self defense inside of my home.

9. That I have found a double barrel shotgun, in my price range, that is for sale, with a licensed dealer that is willing to sell it to me, if I have a valid FOID Card.

10. That I have read the Complaint in this case, and to the best of my knowledge and belief, all facts set forth in it are true and correct.

FURTHER AFFIANT SAYETH NAUGHT

Dated: 07/16/13

_____
Tempest Horsley

Subscribed and Sworn

Dated: 7/16/13

_____
Notary

OFFICIAL SEAL
PETER JONATHAN MAAG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/10/14