| Firearms Services Bureau | Standard Operating Policies & Procedures |
|---|---|

| PROCEDURE | NO: XXX |
|---|---|
| In House Application Processing | Ver. 1.0 |
| | Date Approved: 00/00/00<br>Initials of Approver: |
| | Next Review Date: |

1 Purpose/Scope
   The purpose of this procedure is to provide guidelines for how FSB handles applications we have received for in-house application processing.

2 Authority
   Chief of Firearms Services Bureau

3 Persons Affected
   Application Processing Section Manager and/or designated staff.

4 Definitions and Acronyms
   A FOID application that is received by FSB staff that is in need of processing.

5 Responsibilities

   5.1 The Application Processing Section has primary responsibility for processing in-house applications; however, other personnel may do so when assigned.

   5.2 All bureau personnel are responsible for reporting to their supervisor, in a timely manner, issues they become aware of that may impact the accuracy of this procedure.

   5.3 Supervisors are responsible for ensuring that their personnel adhere to the guidelines outlined in this procedure. Supervisors are also responsible for taking issues forward to command as needed.

   5.4 The application processing manager is responsible for ensuring this procedure is accurate and current.

6 Procedure
   A. The FOID application with fee is received by personnel within the bureau and forwarded to the Application Processing Section supervisor.

   B. A special in-house FOID number is assigned.

   ✓ Use the in-house stamp
   ✓ The 1st number indicates the year (pre-assigned)

Revision: 9/26/2012       M:\POLICIES AND PROCEDURES\DRAFT - PROCEDURES\IN HOUSE APPLICATION PROCESSING DOCX...

ISP000016

- ✓ The next 3 numbers are the assigned FOID numbers according to the Julian date the application is processed.
- ✓ The 4th is 9, which indicates an "in-house" number
- ✓ The remaining 3 numbers are assigned in sequential order of applications for the day. For example, the 1st in-house processed application of the day would be 001, then the 2nd application would be 002, etc.

C. FFE – Enter information from application. Code 01 if no previous cards were found. Code 02 if previous card exist. You must enter a "b" in the last field in the lower left corner of this screen before hitting Control.

D. FFA to check background for prohibitors

E. Make two copies of the application. One copy will be attached to the FOID fee payment and forwarded to the bank. Another copy will be kept on file with the supervisor.

F. Scan application, using the scanner located in APS, and file for SOS.

- ✓ Use the desktop shortcut to FOID Scan
- ✓ Log in is: foidscan
- ✓ Password is: foidscan
- ✓ Place application facedown, top first into scanner
- ✓ Click Acquire Hit
- ✓ Key in assigned FOID number
- ✓ Click Submit New

Note: If the application is scanned incorrectly, click Reject and rescan
- ✓ Exit out of the system

G. FFA to check background for prohibitors.

H. Wait 24 hours to ensure no mental health hits exist or contact the Department of Human Services via email or telephone for an immediate mental health check.

I. FFK and make the card in the rejection reviewer. If background needs to be cleared, FFL to 58 (or 95 for Soundx).



Life of a FOID Application