|  |  |  |
|---|---|---|
| STATE OF ILLINOIS | ) | *Murphy v. Grau*, 13-CH-211 |
|  | ) |  |
| COUNTY OF SANGAMON | ) | Madison County |

## AFFIDAVIT

I, JESSICA TRAME, upon oath, depose and state that I have personal knowledge of the statements contained in this Affidavit; I understand the contents of this affidavit to be true and correct; I am competent to testify; and if called to testify, I would testify as follows:

1. I am currently employed as the Chief of Firearms Services Bureau of the Illinois State Police and I have served as the Bureau Chief since February 2012.

2. The Firearms Services Bureau evaluates applications for Firearm Owners Identification Cards (FOID cards), verifies applicant information, screens applications for mental health issues, manually screens criminal background information, and makes the decision as to whether a FOID card should be issued in any particular case.

3. The principal office of the Illinois State Police is located at 801 South Seventh Street in Springfield, Illinois.

4. Springfield is located in Sangamon County, Illinois.

5. The Firearms Services Bureau is located in Suite 400-M in the principal office of the Illinois State Police at 801 South Seventh Street, Springfield, Illinois.

6. The Illinois State Police contracts with a remittance vendor.

7. The contract requires that the remittance vendor receive envelopes addressed to the FOID unit, unseal the envelopes in which FOID applications are contained on the same day received, stamp the applications with a FOID number that is unique to the applicant's documentation, and transmit the documents for further



EXHIBIT A

processing.

8. Shari Murphy's application indicates that it was received in Springfield, Illinois, by the Illinois State Police's remittance vendor, and stamped with unique FOID number 44382089. *See* Exhibit 1, attached hereto.

9. The unique number on the FOID application includes the year, month, and date of receipt based upon a Julian calendar system. *See* Exhibit 2, attached hereto.

10. The unique FOID number stamped on the application of Shari Murphy indicates her application was received on February 7, 2013.

11. The Firearms Services Bureau approved Shari Murphy's application for a FOID card on March 8, 2013, twenty-nine days after the receipt date indicated on Plaintiff's application. *See* Exhibit 3, attached hereto.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this ____ day of March, 2013.

_____
Notary Public

_____
JESSICA TRAME

OFFICIAL SEAL
KATHLEEN M WOOD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/25/13

No. 13-CH-211