IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TEMPEST HORSLEY,** | ) |
| | ) |
|   **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 13-cv-00321-WDS-SCW |
| | ) |
| **JESSICA TRAME, in her official capacity as** | ) |
| **Chief of the Firearms Services Bureau,** | ) |
| | ) |
|   **Defendant.** | ) |

## STIPULATION

  It is hereby stipulated between the parties that the relief sought in Plaintiff's Motion for Summary Judgment is only as to the legal issue of whether the age/signature requirement is constitutional, and if not, the relief sought is to order Defendant to process Plaintiff's FOID application without a parental or guardian signature.

  It is stipulated that Defendant will file its response to the Motion for Summary Judgment on or before January 22, 2013.

  Nothing in this stipulation prevents Plaintiff from making a claim for costs and/or attorney fees, including a claim under 42 U.S.C. 1988, or prevents Defendant from opposing the same.

Dated:  12-23-13     S/Thomas G. Maag

Dated:  12-23-13     S/ Joshua Ratz signed with permission