| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Horsley v. Trame, 13-321 |
| | ) | |
| COUNTY OF SANGAMON | ) | USDC-SDIL |

## AFFIDAVIT

I, JESSICA TRAME, upon oath, depose and state that I have personal knowledge of the statements contained in this Affidavit; I understand the contents of this affidavit to be true and correct; I am competent to testify; and if called to testify, I would testify as follows:

1. I am currently employed as the Chief of the Firearms Services Bureau of the Illinois State Police and I have served as the Bureau Chief since February 2012.

2. The Firearms Services Bureau evaluates applications for Firearm Owners Identification Cards (FOID cards), verifies applicant information, screens applications for mental health issues, manually screens criminal background information, and makes the decision as to whether a FOID card should be issued in any particular case.

3. The Firearms Services Bureau also processes appeals to the Director of the Illinois State Police from denials of applications for FOID cards.

4. The Firearms Services Bureau has no record of any appeal to the Director of the Illinois State Police filed by Ms. Tempest Horsley.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NOT.**

Subscribed and sworn to before me this __4th__ day of February, 2014.

s/ Thomas H. Boldock

Notary Public

OFFICIAL SEAL
THOMAS H. BALDOCK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03-18-2017

s/ Jessica Trame
_____
JESSICA TRAME

—1—